**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1606**

———————————

JOHN C. JONES,

Plaintiff - Appellant,

versus

GEORGIA-PACIFIC CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-98-593)

———————————

Submitted: September 30, 1999      Decided: October 5, 1999

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ann Katherine Sullivan, Sheryl-Lynn C. Makela, CRENSHAW, WARE & MARTIN, P.L.C., Norfolk, Virginia, for Appellant. Patricia K. Epps, Michael P. Oates, Randolph Sullivan, HUNTON & WILLIAMS, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John C. Jones appeals the district court's order denying relief in his civil action against his employer. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Georgia-Pacific Corp., No. CA-98-593 (E.D. Va. Feb. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED